IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SPACETIME3D, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>**Defendants.** | Civil Action No.  2:19-cv-00372-JRG |

## ORDER

Before the Court is Plaintiff SpaceTime3D, Inc.'s Motion to Compel Complete Responses to Interrogatories, Production of License Agreements and Damages Discovery, and Deposition Dates. Upon consideration of the Motion, the Court finds that the Motion should be and hereby is **GRANTED**.