# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SPACETIME3D, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>**Defendants.** | Civil Action No. 2:19-cv-00372-JRG |

**JOINT REPORT REGARDING MEET AND CONFER IN CONNECTION WITH SPACETIME3D'S MOTION TO COMPEL EMAIL DISCOVERY AND HISTORICAL ORGANIZATIONAL CHARTS (DKT. 60) AND MOTION TO COMPEL COMPLETE RESPONSES TO INTERROGATORIES, PRODUCTION OF LICENSE AGREEMENTS AND DAMAGES DISCOVERY, AND DEPOSITION DATES (DKT. 65)**

Plaintiff SpaceTime3D, Inc. ("SpaceTime3D") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") update the Court on the status of SpaceTime3D's Motion to Compel Email Discovery and Historical Organizational Charts (Dkt. 60) and Motion to Compel Complete Responses to Interrogatories, Production of License Agreements and Damages Discovery, and Deposition Dates (Dkt. 65). Lead and Local Counsel for the parties have had several conversations, the latest on October 23, 2020, to address the issues raised in the motions and oppositions. Although the parties have reached a resolution to some aspects of the dispute, several issues raised in the motions remain, as noted below:

- Dkt. 60: In SpaceTime3D's motion, it requested that the Court order Defendants to produce emails within two weeks of the parties' reaching agreements on search terms and relevant time periods for all future custodians. Dkt. 60, at 4, 7. Defendants have confirmed they will complete their production of email for custodian Eunsil Lim on or before November 9, 2020.

- Dkt. 60: As to SpaceTime3D's request for historical organizational charts or documents sufficient to identify email custodians that had knowledge of the accused features in 2008-2010 and 2013-present, Dkt. 60, at 5, Defendants confirmed they do not possess historical organizational charts for such individuals. However, Defendants did assemble and provide the chart reproduced in their opposition, *see* Dkt. 70, at 6. SpaceTime3D contends that this chart does not contain certain critical information, including the identities of Samsung employees that had knowledge of the infringing features prior to 2014, the reporting relationship between relevant employees, and the relevant time periods in which even certain disclosed employees occupied their relevant roles. Further, as SpaceTime3D notified Defendants on October 8, the chart does not appear to include exhaustive information on all relevant employees. For instance, in Defendants' Amended Initial and Additional Disclosures served on October 7, they

1

disclosed engineer Su-Yeon Kim as a relevant person with knowledge. This engineer is not included in Defendants' chart. Defendants contend that the requested organizational charts do not exist and that this alone renders the motion moot. Nevertheless, they provided the detailed information in a narrative format, which demonstrates their good faith effort to provide relevant information from which SpaceTime3D could select two "replacement" email custodians, which SpaceTime3D already has selected. Defendants' review and production of email for those two replacement custodians has already begun, and SpaceTime3D's selection of the 8 total email custodians permitted by the E-Discovery Order is complete.

- Dkt. 65: Defendants have not amended or supplemented their responses to Interrogatory Nos. 7, 9. *See* Dkt. 65, at 4-7.  However, Defendants note that they have produced the two license agreements identified in their initial response, and also have produced the only two other license agreements identified by SpaceTime3D.

- Dkt. 65: Defendants have not produced the settlement agreement or requested expert discovery from *Apple v. Samsung*, Case No. 11-cv-1846 (N.D. Cal.). *Id.* at 2, 7 n.1.  Defendants have agreed to produce the Settlement Agreement pending satisfaction of the notice and consent provisions of the agreement, but maintain that production of underlying expert reports and other discovery is unduly burdensome and not proportional to the needs of the case.

- Dkt. 65: Defendants have not produced the requested expert discovery from *Cypress Lake Software, Inc. v. Samsung Electronics America, Inc.*, Case No. 6:18-cv-00030-JDK (E.D. Tex.).  Defendants' position is the same with respect to the requested underlying discovery from prior litigations resulting in license agreements.

In light of the issues still remaining from SpaceTime3D's motions, the parties respectfully request that the Court hold the hearing as scheduled on October 28, 2020, at 3:30 p.m. Central.

2

Dated: October 26, 2020 Respectfully submitted,

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr. – Lead Counsel
Texas State Bar No. 20213950
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
SUSMAN GODFREY LLP
1201 Third Ave., Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com

Meng Xi
California State Bar No. 280099
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mxi@susmangodfrey.com

Y. Gloria Park
New York Bar No. 5477047
SUSMAN GODFREY LLP
1301 Ave. of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
gpark@susmangodfrey.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647

        Telephone: 903-845-5770
        ccapshaw@capshawlaw.com
        ederieux@capshawlaw.com

        ***Attorneys for Plaintiff SpaceTime3D, Inc.***

Dated: October 26, 2020        Respectfully submitted,

        <u>*By:Aaron Wainscoat*</u>
        Melissa R. Smith
        State Bar No. 24001351
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        Email: melissa@gillamsmithlaw.com

        Mark Fowler (pro hac vice)
        Aaron Wainscoat (pro hac vice)
        Robert Buergi (pro hac vice)
        Erik R. Fuehrer (Admitted 5/24/12)
        Jonathan Hicks (pro hac vice)
        DLA Piper LLP (US)
        2000 University Avenue
        East Palo Alto, CA 94303-2215
        Telephone: (650) 833-2000
        Fax: (650) 833-2001
        mark.fowler@dlapiper.com
        aaron.wainscoat@dlapiper.com
        robert.buergi@dlapiper.com
        erik.fuehrer@dlapiper.com
        jonathan.hicks@dlapiper.com

        ATTORNEYS FOR DEFENDANTS
        SAMSUNG ELECTRONICS CO., LTD. and
        SAMSUNG ELECTRONICS AMERICA, INC.

5

**CERTIFICATE OF SERVICE**

I certify that all counsel of record deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 26th day of October, 2020.

/s/ Melissa R. Smith